COM.

v.

MILLER, W.

1344 EDA 2016

Superior Court of Pennsylvania.

06/20/2017

CP–51–CR–0001895–2015
(Philadelphia)

Affirmed

COM.

v.

GIULIANO, P.

2311 EDA 2016

Superior Court of Pennsylvania.

06/20/2017

CP–23–CR–0006604–2014
(Delaware)

Affirmed

The BANKCORP BANK

v.

FITZGERALD, S.

1968 EDA 2016

Superior Court of Pennsylvania.

06/20/2017

No. 2013–002412
(Delaware)

Affirmed

HATCHIGIAN, D.

v.

QUAGLIA, R.

2390 EDA 2016

Superior Court of Pennsylvania.

06/20/2017

March Term, 2016 No. 1890
(Philadelphia)

Affirmed